UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILLIAM T. MASON | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-301 |
| | § | |
| THE CITY OF DALLAS, TEXAS | § | |

**MEMORANDUM ORDER**

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his recommendation for the disposition of defendant's motion (Dkt. No. 12) to transfer venue, have been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the court grants the defendant's motion to transfer venue.

SIGNED this 26th day of February, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE